**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Harley−Davidson Motor Company, Inc.

                        Plaintiff,

v.                                                  Case No.:
                                                  1:23−cv−02672

                                                  Honorable Thomas M. Durkin

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 25, 2023:

      MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held on 7/25/2023. Counsel for Defendants VisBeauty and pink leopard home Co. ltd was present on the call. Defendant VisBeauty's motion for extension of time [53] is granted. Defendant is to respond to Plaintiff's Complaint by 8/9/2023. For the reasons stated on the record, the motion for entry of default and for default judgment [45] is granted, excluding defendants who have appeared. A telephone status hearing is set for 8/24/2023 at 9:00 a.m. To join the telephone conference, dial 877−402−9757, Access Code 4410831. Throughout the hearing, each speaker will be expected to identify themselves for the record before speaking. Counsel must be in a quiet area while on the line. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.