**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HARLEY-DAVIDSON MOTOR COMPANY, INC., | Case No. 23-cv-02672 |
| Plaintiff, | **Judge Thomas M. Durkin** |
| v. | **Magistrate Judge M. David Weisman** |
| SHENZHEN TENGSHENG WEAVING TECHNOLOGY, et al., | |
| Defendants. | |

**FINAL DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff Harley-Davidson Motor Company, Inc. ("Harley-Davidson" or "Plaintiff") against the defendants identified on Schedule A, and using the online marketplace accounts identified on Schedule A (collectively, the "Online Marketplaces"), and Harley-Davidson having moved for entry of Default and Default Judgment against the defendants identified on Schedule A, with the exception of defendant VisBeauty (Def. No. 103) and defendant pink leopard home Co. ltd (Def. No. 107), attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Harley-Davidson having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Harley-Davidson has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars and/or funds from U.S. bank accounts, and have sold products using infringing and counterfeit versions of Harley-Davidson's federally registered trademarks (the "HARLEY-DAVIDSON Trademarks") to residents of Illinois. In this case, Harley-Davidson has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the HARLEY-DAVIDSON Trademarks. *See* Docket No. [16], Exhibit 3 to the Declaration of Adraea M. Brown, which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the HARLEY-DAVIDSON Trademarks.

A list of the HARLEY-DAVIDSON Trademarks is included in the below chart.

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| 4,771,447 | HARLEY-DAVIDSON | July 14, 2015 | For: House mark for a full line of jewelry in class 014 |

| 3,690,031 | HARLEY-DAVIDSON | Sep. 29, 2009 | For: Non-luminous, non-mechanical tin signs, non-luminous, non-mechanical metal signs, tool boxes of metal, tool chests of metal, key rings of metal, and metal personal identification tags in class 006 |
|---|---|---|---|
| 3,490,890 | HARLEY-DAVIDSON | Aug. 26, 2008 | For: House mark for a line of motorcycles, structural parts for motorcycles and related motorcycle accessories, namely, seats, backrests, decorative fuel tank panels, transmission gears, fuel tanks, wheel sprockets, gear shifts, clutches, battery covers and straps, front rear, and intermediate kickstands, hub caps, shift knobs, foot rests and extensions, windshields, leg shields, fender tips, brake pedals, handlebar grips, safety guards, namely, bars for attachment to motorcycles, steering dampers, shock absorbers, spare wheels, spare wheel carriers, boot guards, namely, mud flaps and fenders, saddle covers, luggage carriers, license plate frames, handlebar cross bars, foot pedal pads, tank and fender pads, rearview, fenders and skirts, and wheel balance weights in class 012 |
| 3,393,840 | HARLEY-DAVIDSON | Mar. 11, 2008 | For: House mark for a full line of clothing, footwear and headwear in class 025 |
| 2,281,489 | HARLEY-DAVIDSON | Sep. 28, 1999 | For: Necklaces, bracelets, and watch bands in class 014 |

3

| | | | |
|---|---|---|---|
| 1,621,383 | HARLEY-DAVIDSON | Nov. 06, 1990 | For: Model toy motorcycles, miniature motorcycle replicas, model toy trucks, electronically operated toy motorcycles in class 028 |
| 1,606,282 | HARLEY-DAVIDSON | Jul. 17, 1990 | For: Safety goggles, protective helmets and sunglasses in class 009 |
| 1,602,474 | HARLEY-DAVIDSON | Jun. 19, 1990 | For: Belt buckles in class 026 |
| 1,450,348 | HARLEY-DAVIDSON | Aug. 04, 1987 | For: metal articles, namely, key fobs, key chains and license plate holders in class 006<br><br>For: Knife sheaths in class 008<br><br>For: Necklaces, earrings, pins of non-precious metals, clocks and watches in class 014<br><br>For: Children's books, bumper stickers, removable tattoos, pressure sensitive decals, checkbook covers, and playing cards in class 016<br><br>For: Leather goods, namely, purses, wallets, duffle bags, motorcycle saddle bags, and key fobs in class 018<br><br>For: Mirrors in class 020<br><br>For: Mugs, drinking glasses, coasters, decanters, cups, and plastic mugs in class 021<br><br>For: Towels, and bed spreads in class 024 |

| | | | |
|---|---|---|---|
| | | | For: Sweat pants, sweaters, suspenders, scarves, bandanas, leather clothing, namely, jackets, vests, gloves, jeans, chaps, tops, boots, shorts, caps, belts, and parts of footwear, namely boot tips, in class 025<br><br>For: Stuffed toy animals, toy banks, and model kits in class 028<br><br>For: Cigarette cases, lighter cases, and cigarette lighters in class 034 |
| 1,311,457 | HARLEY-DAVIDSON | Dec. 25, 1984 | For: Repair and Servicing of Motorcycles in class 037<br><br>For: Retail store services in the field of motorcycles in class 042 |
| 1,234,404 | HARLEY-DAVIDSON | Apr. 12, 1983 | For: Sunglasses and Protective Helmets for Motorcyclists in class 009<br><br>For: Clothing-Namely, Jackets, Pants, Shirts, T-Shirts, Vests, Jeans, Riding Suits, Bandannas, Rain Suits, Shorts, Nightgowns, Halters, Underwear, Tank Tops, Sweatshirts, Night Shirts, Socks, Gloves, Hats, Caps and Boots in class 025 |
| 1,219,955 | HARLEY-DAVIDSON | Dec. 14, 1982 | For: Parts and service manuals for motorcycles, parts catalogs for motorcycles, newsletters and magazines dealing with |

| | | | |
|---|---|---|---|
| | | | motorcycles, calendars, posters, and decals in class 016 |
| 1,078,871 | HARLEY-DAVIDSON | Dec. 06, 1977 | For: Vehicles-namely, motorcycles in class 012 |
| 526,750 | **HARLEY ~ DAVIDSON** | Jun. 27, 1950 | For: Motorcycles and structural parts thereof; accessories-namely, intermediate stands, seats, foot rests and extensions, windshields, fender tips, exhaust stacks, grips, name plates, saddle covers, luggage carriers, license frames, foot pedal pads, tandem seats, foot rests, and rear view mirrors in classes 007, 012, 022, and 027 |
| 508,160 | HARLEY-DAVIDSON | Apr. 05, 1949 | For: Electric lamps and spare parts for same; spark plugs; and electric signs in classes 007, 009, 011, 012, and 015 |
| 507,163 | HARLEY-DAVIDSON | Mar. 01, 1949 | For: Motorcycle shirts; sweaters; breeches; neckties; coveralls; rain coats and hats; jackets; helmets; caps; and boots in class 025 |
| 1,708,362 | HARLEY | Aug. 18, 1992 | For: Embroidered patches for clothing in class 026 |
| 1,683,455 | HARLEY | Apr. 14, 1992 | For: Shirts, tank tops, boots, and sweatshirts in class 025 |
| 1,406,876 | HARLEY | Aug. 26, 1986 | For: Clothing; namely--tee shirts for men, women and children; knit tops for women and girls; and children's shirts in class 025 |

6

| 1,352,679 | HARLEY | Aug. 06, 1985 | For: Motorcycles in class 012 |
|---|---|---|---|
| 4,955,539 | HARLEY | May 10, 2016 | For: Watches, rings, bracelets, necklaces, earrings, pins being jewelry; jewelry, namely, wrist cuffs, pendants, charms and ride beads for making jewelry in class 014 |
| 1,793,137 | HARLEY OWNERS GROUP | Sep. 14, 1993 | For: Hunting knives, pocket knives and knife cases in class 008<br><br>For: Road atlases, newsletters, magazines relating to motorcycling, playing cards, and decals in class 016<br><br>For: Key fobs, luggage, tote bags, and travel bags in class 018<br><br>For: Plastic and ornamental pins and badges in class 020<br><br>For: Glasses, mugs, cups, and insulated can holders in class 021<br><br>For: Textile flags and banners in class 024<br><br>For: Clothing, namely, shirts, sweatshirts, t-shirts, caps, hats, jacket, vests, and bandanas in class 025<br><br>For: Belt buckles and ornamental patches in class 026 |
| 1,654,280 | HD | Aug. 20, 1991 | For: Jewelry, namely lapel pins, earrings, necklaces and bracelets in class 014 |

| | | | |
|---|---|---|---|
| 2,315,877 | HD | Feb. 8, 2000 | For: Shirts, jackets, vests, T-shirts, nightgowns, sweatshirts, nightshirts, gloves, hats, leather gloves in class 025 |
| 1,534,449 | HD | Apr. 11, 1989 | For: Decorative cloth patches and belt buckles of non-precious metal in class 026 |
| 2,042,130 | HD | Mar. 4, 1997 | For: Cigarette lighters, cigarette cases not made of precious metals, and holders for cigarette lighters not made of precious metals in class 034 |
| 1,716,992 | HOG | Sep. 15, 1992 | For: Watches, jewelry of precious and non-precious metal, namely, pins, charms, earrings, bracelets, necklaces, and rings; ornamental lapel pins; belt buckles of precious metal in class 014<br><br>For: Newsletters, books and magazines relating to motorcycling, paper banners relating to motorcycling, playing cards, decals, note paper, pens in class 016<br><br>For: Mugs, cups, insulated can holders, quencher cups in class 021<br><br>For: Flags and banners not of paper in class 024<br><br>For: Clothing, namely, shirts, sweatshirts, t-shirts, caps, hats, jackets, vests, scarves, bandanas in class 025<br><br>For: Belt buckles not of precious metals, ornamental |

| | | | |
|---|---|---|---|
| | | | pins and embroidered patches for clothing in class 026 |
| 1,263,936 |  | Jan. 17, 1984 | For: Medallions and non-luminous non-mechanical signs made primarily of metal and plastic in class 006<br><br>For: Sunglasses, battery chargers, protective motorcycle crash helmets and luminous signs in class 009<br><br>For: Electric lamps in class 011<br><br>For: Mud flaps, fuel door plates, air cleaners, radio caddies, motorcycle tank and fender sets, leather motorcycle bags and motorcycles in class 012<br><br>For: Jewelry - namely, necklaces, rings and key fobs in class 014<br><br>For: Posters, paper decals and playing cards in class 016<br><br>For: Wallets in class 018<br><br>For: Decorative wall plaques and mirrors in class 020<br><br>For: Mugs and insulated drinking steins in class 021<br><br>For: Towels in class 024<br><br>For: Clothing - namely, t-shirts, jackets, blue jeans, sweat shirts, underwear, |

| | | | |
|---|---|---|---|
| | | | bandanas, headwear, socks, boots, cycle riding suits, belts and suspenders in class 025<br><br>For: Embroidered patches, belt buckles and lapel, hat and stick pins all of nonprecious metals in class 026<br><br>For: Cigarette lighters in class 034 |
| 4,601,391 |  | Sep. 09, 2014 | For: Cell phone covers in class 009 |
| 3,559,365 |  | Jan. 13, 2009 | For: House mark for a line of motorcycles, structural parts for motorcycles, and related motorcycle accessories, namely, seats, backrests, decorative fuel tank panels, transmission gears, fuel tanks, wheel sprockets, gear shifts, clutches, battery covers and straps, front, rear, and intermediate kickstands, hub caps, shift knobs, foot rests and extensions, windshields, leg shields, fender tips, brake pedals, handlebar grips, safety guards, namely, bars for attachment to motorcycles, steering dampers, shock absorbers, spare wheels, spare wheel carriers, boot guards, namely, mud flaps and fenders, saddle covers, luggage carriers, license plate frames, |

| | | | |
|---|---|---|---|
| | | | handlebar cross bars, foot pedal pads, tank and fender pads, rearview mirrors, fenders and skirts, and wheel balance weights in class 012 |
| 3,393,839 |  | Mar. 11, 2008 | For: House mark for a full line of clothing, footwear and headwear in class 025 |
| 3,185,946 |  | Dec. 19, 2006 | For: Jackets, baseball hats, caps, shirts and T-shirts in class 025 |
| 1,711,882 |  | Sep. 01, 1992 | For: Embroidered patches for clothing in class 026 |
| 1,205,380 |  | Aug. 17, 1982 | For: Motorcycles in class 012<br><br>For: Clothing-Namely, T-Shirts in class 025 |
| 1,224,868 |  | Jan. 25, 1983 | For: Decorative Items for Motorcycles-Namely, Medallions in class 006<br><br>For: Fitted Motorcycle Covers in class 012<br><br>For: Key Ring Fobs in class 014 |

11

| | | | |
|---|---|---|---|
| | | | For: General Purpose Decals; Decorative Items for Motorcycles-Namely, Decals, and Metallic Foil Decals in class 016<br><br>For: Drinking Cups and Mugs in class 021<br><br>For: Clothing-Namely, Jackets, T-Shirts, Tank Tops, Sweat Shirts, Bandannas, Hats, Caps, and Boots in class 025<br><br>For: Stick, Lapel, and Hat Pins, All of Nonprecious Metals, and Decorative Cloth Patches in class 026<br><br>For: Cigarette Lighters in class 034 |
| 2,376,674 |  | Aug. 15, 2000 | For: Metal locks in class 006<br><br>For: Motorcycle parts, namely, spark plugs in class 007<br><br>For: Optical and safety equipment, namely, sunglasses and motorcycle helmets in class 009<br><br>For: Motorcycle parts, namely, mirrors, drive belts made of rubber, swing arm pivot covers, axle nut covers, handgrips, oil pump covers, air cleaner covers, derby covers, caliper covers, seats, brake pedals, motorcycle saddlebags, saddlebag liners, timer covers and fender tips |

| | | | |
|---|---|---|---|
| | | | in class 012<br><br>For: Jewelry in class 014<br><br>For: Leather goods, namely traveling bags and saddlery in class 018<br><br>For: Leather gloves in class 025 |
| 1,741,456 |  | Dec. 22, 1992 | For: Embroidered patches and belt buckles not of precious metals in class 026 |
| 1,511,060 |  | Nov. 01, 1988 | For: Clothing, namely, boots, sweat shirts, jeans, hats, caps, scarves, motorcycle riding suits, neck ties, shirts, t-shirts, jackets, vest, ladies tops, bandanas in class 025 |
| 3,447,304 |  | Jun. 17, 2008 | For: A full line of clothing in class 025 |
| 3,697,874 |  | Oct. 20, 2009 | For: Motorcycles and structural parts therefor in class 012 |

| | | | |
|---|---|---|---|
| 3,697,875 |  | Oct. 20, 2009 | For: Shirts, hats, caps in class 025 |
| 3,074,276 |  | Mar. 28, 2006 | For: Metal key chains in class 006 |
| 3,018,481 |  | Nov. 22, 2005 | For: Ornamental novelty pins in class 026 |
| 2,979,002 |  | Jul. 26, 2005 | For: Drinking glasses, mugs, and beverage glassware in class 021 |

| 2,973,501 |  | Jul. 19, 2005 | For: Bandannas, jackets, shirts, caps, hats, T-shirts, and leather jackets in class 025 |
| 4,601,394 |  | Sep. 09, 2014 | For: Cell phone covers in class 009 |
| 3,304,863 |  | Oct. 02, 2007 | For: Metal key fobs and non-luminous and non-mechanical metal signs in class 006 |
| 4,844,360 |  | Nov. 03, 2015 | For: Parts of motorcycles, excluding parts of all motors and engines, namely, derby covers, air cleaner trim, timer covers, battery cover band, fuel caps, brake caliper inserts, fender skirts, console doors, head lamp visors, medallions, foot pegs, gearshift linkages, foot board covers, handlebar clamps, hand grips, fuel gauges, guard rail inserts, axle nut covers, breather end cap, valve stem caps, foot boards, turn signal |

| | | | |
|---|---|---|---|
| | | | visors, pivot bolt covers, tank panel, fender tip lens kit, console insert, air cleaner cover, decorative end caps, mirrors and mounting hardware for the aforesaid goods in class 012 |
| 4,771,442 |  | Jul. 14, 2015 | For: A full line of jewelry in class 014 |
| 4,528,269 |  | May 13, 2014 | For: Jewelry, namely, earrings, necklaces in class 014 |
| 4,465,604 |  | Jan. 14, 2014 | For: Clothing, namely, shirts, hats, caps, belts, jackets, gloves, sweatshirts, lounge pants, and wrist bands in class 025 |

| | | | |
|---|---|---|---|
| 4,465,650 |  | Jan. 14, 2014 | For: Motorcycles and structural parts therefor in class 012 |
| 5,346,467 | DAYMAKER | Nov. 28, 2017 | For: Motorcycle headlamp in class 011 |
| 1,316,576 | EAGLE IRON | Jan. 29, 1985 | For: Motorcycle electrical parts, namely, coils, brushes, armatures, generators in class 007<br><br>For: Motorcycle parts, namely gear shafts, starters, clutches, sprockets, battery covers and straps, air cleaners and filters in class 012 |
| 3,818,854 | FAT BOY | Jul. 13, 2010 | For: Non-luminous, non-mechanical tin signs, non-luminous and non-mechanical metal signs in class 006 |
| 5,346,443 | FXRG | Nov. 28, 2017 | For: Helmets in class 009 |
| 5,493,726 | FXRG | Jun. 12, 2018 | For: Eyewear, body armor in class 009 |
| 2,530,093 | FXRG | Jan. 15, 2002 | For: Jackets, coats, suits, gloves and pants in class 025 |
| 5,770,303 | FXRG | June 4, 2019 | For: Clothing, namely, sweaters, jackets, scarves, bandannas, vests, jeans, pants, chaps, shirts, caps, hats, headgear for wear, belts, wristbands, coveralls, trousers, rain suits, rain coats, T-shirts, head |

| | | | |
|---|---|---|---|
| | | | bands, neck gators, socks, leg warmers, mittens, leather clothing, bibs; footwear, namely, shoes and boots in class 025. |
| 2,817,659 | MOTORCLOTHES | Feb. 24, 2004 | For: Clothing, namely belts, coats, jackets, caps, hats, head wear, knit hats, gloves, jeans, pants, chaps, shorts, shirts, sweaters, halter tops, tank tops, T-shirts, sweatshirts, sweat pants, head bands, leather coats, leather jackets, leather pants, leather chaps, leather vests, nightgowns, night shirts, pajamas, rain coats, rain suits, scarves, lingerie, underwear, vests, and wristbands; footwear; namely, shoes and boots in class 025 |
| 3,734,072 | SCREAMIN' EAGLE | Jan. 5, 2010 | For: Caps, jackets, shirts, and sweatshirts; t-shirts in class 025 |
| 1,434,821 | WILLIE G | Mar. 31, 1987 | For: Jackets in class 025 |
| 2,892,609 |  "Orange Stripe Design" (a wide orange stripe outlined by two narrow stripes) | Oct. 12, 2004 | For: Clothing, namely jackets, shirts in class 025 |
| 3,110,597 | STREET BOB | Jun 27, 2006 | For: Motorcycles and motorcycle structural parts in class 012 |

18

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), and false designation of origin (15 U.S.C. § 1125(a)).

Accordingly, this Court orders that Harley-Davidson's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the HARLEY-DAVIDSON Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Harley-Davidson product or not authorized by Harley-Davidson to be sold in connection with the HARLEY-DAVIDSON Trademarks;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Harley-Davidson product or any other product produced by Harley-Davidson, that is not Harley-Davidson's or not produced under the authorization, control, or supervision of Harley-Davidson and approved by Harley-Davidson for sale under the HARLEY-DAVIDSON Trademarks;

   c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of

19

Harley-Davidson, or are sponsored by, approved by, or otherwise connected with Harley-Davidson; and

d.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Harley-Davidson, nor authorized by Harley-Davidson to be sold or offered for sale, and which bear any of Harley-Davidson's trademarks, including the HARLEY-DAVIDSON Trademarks, or any reproductions, counterfeit copies or colorable imitations.

2.  Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), Walmart, Inc. ("Walmart"), Etsy, Inc. ("Etsy"), Temu, LLC ("Temu"), and DHgate.com ("DHgate") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the HARLEY-DAVIDSON Trademarks; and

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the

HARLEY-DAVIDSON Trademarks or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine Harley-Davidson product or not authorized by Harley-Davidson to be sold in connection with the HARLEY-DAVIDSON Trademarks.

3. Upon Harley-Davidson's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the HARLEY-DAVIDSON Trademarks.

4. Pursuant to 15 U.S.C. § 1117(c)(2), Harley-Davidson is awarded statutory damages from each of the Defaulting Defendants in the amount of two hundred thousand dollars ($200,000.00) for willful use of counterfeit HARLEY-DAVIDSON Trademarks on products sold through at least the Defendant Online Marketplaces.  This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), Walmart, Etsy, DHgate, Temu, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Online Marketplaces from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6.    All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, Alipay, Alibaba, Wish.com, Ant Financial, Walmart, Etsy, DHgate, Temu, and Amazon Pay, are hereby released to Harley-Davidson as partial payment of the above-identified damages, and Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Wish.com, Ant Financial, Walmart, Etsy, DHgate, Temu, and Amazon Pay, are ordered to release to Harley-Davidson the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7.    Until Harley-Davidson has recovered full payment of monies owed to it by any Defaulting Defendant, Harley-Davidson shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8.    In the event that Harley-Davidson identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Harley-Davidson may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 3 to the Declaration of Adraea M. Brown and any e-mail addresses provided for Defaulting Defendants by third parties.

9.    The one hundred and fourteen thousand dollars ($114,000) surety bond posted by Harley-Davidson is hereby released to Harley-Davidson or its counsel, Greer, Burns & Crain Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Harley-Davidson or its counsel.

This Court, having determined that there is no just reason for delay, orders that this is a Final Judgment against Defaulting Defendants.

Dated: July 25, 2023

Thomas M. Durkin
United States District Judge

**Harley-Davidson Motor Company, Inc. v. Shenzhen Tengsheng Weaving Technology, et al. - Case No. 23-cv-02672**

# Schedule A

| No | URL | Name / Seller Alias |
|---|---|---|
| | **Defendant Online Marketplaces** | |
| No | URL | Name / Seller Alias |
| 1 | sztengsheng.en.alibaba.com | Shenzhen Tengsheng Weaving Technology |
| 2 | aliexpress.com/store/1102210525 | Geboni Silver Jewelry Store |
| 3 | aliexpress.com/store/1101797093 | ISHOWFY Store |
| 4 | aliexpress.com/store/1101769880 | Megin Store |
| 5 | aliexpress.com/store/1102126978 | MGT Auto Motorcycle Supplies Store |
| 6 | aliexpress.com/store/1100680020 | Rany Store |
| 7 | aliexpress.com/store/1102306392 | Shop1102312342 Store |
| 8 | aliexpress.com/store/1102604503 | Shop1102604502 Store |
| 9 | aliexpress.com/store/1102711453 | Shop1102711452 Store |
| 10 | aliexpress.com/store/1100810028 | Shop1146108 Store |
| 11 | aliexpress.com/store/1101410586 | Shop3617022 Store |
| 12 | aliexpress.com/store/1101960265 | Tiffan Megin Store |
| 13 | aliexpress.com/store/1101435696 | Vonjovani lulu Accessories Store |
| 14 | aliexpress.com/store/1102298553 | WDM JEWELRY Store |
| 15 | aliexpress.com/store/1101760154 | Wenqi Store |
| 16 | aliexpress.com/store/1102588364 | Winning Cup Auto Supplies Store |
| 17 | amazon.com/sp?seller=A1S2UFVCAH64QX | A1S2UFVCAH64QX |
| 18 | amazon.com/sp?seller=A2YLPAX7U67WBM | A2YLPAX7U67WBM |
| 19 | amazon.com/sp?seller=A33DJ6I73Z5ZH2 | A33DJ6I73Z5ZH2 |
| 20 | amazon.com/sp?seller=A3SZQXN6BC9MDZ | A3SZQXN6BC9MDZ |
| 21 | amazon.com/sp?seller=A164XNA79WGCEA | aihaibaihuo1 |
| 22 | amazon.com/sp?seller=A1K46VA8OJ6KL7 | badupa shangmao |
| 23 | amazon.com/sp?seller=A3GEBI7N3Q7RN1 | BEVRHCRTHROWS |
| 24 | amazon.com/sp?seller=A2H4KHNAKUURVM | botaiwangluokejiyouxiangongsi |
| 25 | amazon.com/sp?seller=A619SONEB8UVQ | BYGDZSE |
| 26 | amazon.com/sp?seller=A3ORRRCM9RQ81I | Chen Aohui |
| 27 | amazon.com/sp?seller=A1LQ7147XQP401 | chengdutingshifengshangmaoyouxiangongsi |
| 28 | amazon.com/sp?seller=AW0PVZF5I7F4C | chuanqiaowei |
| 29 | amazon.com/sp?seller=A2CHWQTW7TUO14 | Crossed a border |
| 30 | DISMISSED | DISMISSED |
| 31 | amazon.com/sp?seller=A2HL5RMVXPQTNE | Dong Dong Bai Huo |
| 32 | amazon.com/sp?seller=AS3BAJN6RSO9V | Eyikua |
| 33 | amazon.com/sp?seller=A1NIUJL7SGEE3H | FISOEND |

| 34 | amazon.com/sp?seller=A1VOFDLDB72ICS | ganf5 |
|----|----|----|
| 35 | amazon.com/sp?seller=A35A3ZD6CMC3TT | ganij |
| 36 | amazon.com/sp?seller=AF8TCWVDHARC | gaoxinquyushangbaihuojin |
| 37 | amazon.com/sp?seller=A27N9373U9UXNI | GuangZhouChaoGuiShangMaoYouXi |
| 38 | amazon.com/sp?seller=AKRIK6N4VVRLW | guche750004 |
| 39 | amazon.com/sp?seller=A32FNBA2KNDNWO | hexunshi2648 |
| 40 | DISMISSED | DISMISSED |
| 41 | DISMISSED | DISMISSED |
| 42 | DISMISSED | DISMISSED |
| 43 | amazon.com/sp?seller=AVRYE2PIZW5FY | inhgj |
| 44 | DISMISSED | DISMISSED |
| 45 | amazon.com/sp?seller=A2GGDZSQS8HXH1 | Jhsua |
| 46 | DISMISSED | DISMISSED |
| 47 | amazon.com/sp?seller=A2H1UE7M8SO4NC | Jpoln |
| 48 | amazon.com/sp?seller=A18RDGKNKF34OU | JSHgsnx |
| 49 | amazon.com/sp?seller=A19O0OXACJHVCB | JXYBHLSBLD |
| 50 | DISMISSED | DISMISSED |
| 51 | amazon.com/sp?seller=A2ZXD9IHDUFOJX | kunmingzifashangmaoyouxiangongsi |
| 52 | amazon.com/sp?seller=A1LOPHGXECWT53 | LANGGUAN |
| 53 | amazon.com/sp?seller=A335SZLNOAV6JE | lanlu |
| 54 | amazon.com/sp?seller=A37YXAD7U4UPMH | Lezuo Space (Xiamen) Technology Co., Ltd |
| 55 | DISMISSED | DISMISSED |
| 56 | amazon.com/sp?seller=A350MYCNJVE9QA | LiuBo ManBing |
| 57 | amazon.com/sp?seller=A3JN390B6KYI9Y | meikanchuchusan |
| 58 | amazon.com/sp?seller=A179LXLN4FY5RM | MIFENGYUAN |
| 59 | amazon.com/sp?seller=A1EFL7SSHV4KK7 | mingruize-shop |
| 60 | amazon.com/sp?seller=A17JTYTGFWJOY5 | One person's shop |
| 61 | amazon.com/sp?seller=A1CA8ZP6D7W3QQ | PangYaKu |
| 62 | amazon.com/sp?seller=A2PRN175A946KU | peimingbaihuodian |
| 63 | amazon.com/sp?seller=A3TSFRV7FWSPTJ | pu tian shi feng cong wei mao yi you xian gong si |
| 64 | amazon.com/sp?seller=ABWVQ5A8XF7AO | Retnerds US |
| 65 | amazon.com/sp?seller=A1JFC4FAUO6RCF | Rhythm is a Dacer |
| 66 | amazon.com/sp?seller=A1EVSDU4J069IG | ROJO Home Supplies |
| 67 | DISMISSED | DISMISSED |
| 68 | DISMISSED | DISMISSED |
| 69 | amazon.com/sp?seller=A2XMMQVQMQ4N6F | Stella volante g |
| 70 | amazon.com/sp?seller=A2YFATLS4Y40T5 | taianhaiyijimaoyiyouxiangongsi |
| 71 | amazon.com/sp?seller=A3ALOYQJN0PNR9 | Uywgh |
| 72 | amazon.com/sp?seller=A385KP9LFSPW81 | wangzhe-store |
| 73 | amazon.com/sp?seller=AFGHGSHD78U0D | werner2023 |

| 74 | amazon.com/sp?seller=A33Y0UPIYWPKWN | wohuanzhangx4 |
| 75 | amazon.com/sp?seller=A2Q0LOZI1BZTFD | XianBiaoShou |
| 76 | amazon.com/sp?seller=A1UH6G1YTKPW7 | xianshenghaodawangluokejiyouxiangongsi |
| 77 | DISMISSED | DISMISSED |
| 78 | DISMISSED | DISMISSED |
| 79 | amazon.com/sp?seller=A3M4KTNOK2KB40 | XXQMZ |
| 80 | amazon.com/sp?seller=A2MQW5YQGHXDZ2 | yourenzh |
| 81 | amazon.com/sp?seller=A2J67N3UYABOEC | yuanchaoyang |
| 82 | amazon.com/sp?seller=A2YSZ1CPIVWQEF | yuwtcA |
| 83 | amazon.com/sp?seller=A74Q6LB9Y14ZG | ZhangZheng - ( 6-15 Days Delivery ) |
| 84 | amazon.com/sp?seller=A16PUSND03LLHH | ZhangZiHaoUFGFUOHOGIH |
| 85 | amazon.com/sp?seller=A1DY4KBTXJPMGB | ZHOUXIAO |
| 86 | DISMISSED | DISMISSED |
| 87 | dhgate.com/store/21632915 | designerbrandshoes77 |
| 88 | dhgate.com/store/21205351 | fmecommerceltd |
| 89 | dhgate.com/store/21669049 | guccimasks |
| 90 | DISMISSED | DISMISSED |
| 91 | dhgate.com/store/21608627 | oaise |
| 92 | DISMISSED | DISMISSED |
| 93 | dhgate.com/store/20676346 | Toptactical |
| 94 | DISMISSED | DISMISSED |
| 95 | DISMISSED | DISMISSED |
| 96 | ebay.com/usr/ukbest_basket | ukbest_basket |
| 97 | temu.com/aormyk-m-296904305837.html | AORMYK |
| 98 | temu.com/glamour-glasses-m-317767426984.html | Glamour Glasses |
| 99 | temu.com/hk-electrical-m-67019231582.html | HK electrical |
| 100 | temu.com/jwfunnyshop-m-336197159302.html | jwfunnyshop |
| 101 | DISMISSED | DISMISSED |
| 102 | temu.com/three-snowmen-m-26732179384.html | THREE SNOWMEN |
| 103 | EXCEPTED | EXCEPTED |
| 104 | walmart.com/seller/101296668 | guangzhouxilongshangmao |
| 105 | walmart.com/seller/101345462 | HuaZanShangMaoYouXianGongSi |
| 106 | walmart.com/seller/101294767 | kusoumaoyiyouxiangongsi |
| 107 | EXCEPTED | EXCEPTED |
| 108 | walmart.com/seller/101281525 | Proxiceen Bedding Shop |
| 109 | walmart.com/seller/101191916 | Qiongyu Co.ltd |

| 110 | walmart.com/seller/101257706 | Shenzhen Kangjing Electronic Commerce Co., Ltd. |
|-----|-------------------------------|--------------------------------------------------|
| 111 | DISMISSED | DISMISSED |
| 112 | walmart.com/seller/101360338 | yuyuruikeji |
| 113 | wish.com/merchant/5f5033735d87bef769f76bb1 | LuLaimuisupsetlR |
| 114 | wish.com/merchant/6187694b8dc0ebf34867d864 | zhanbing0864 |